HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

JUL 26 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JON IRBY, | CASE NO. C15-5208-RBL-JRC |
| Plaintiff, | ORDER REJECTING OBJECTIONS |
| v. | |
| STATE OF WASHINGTON, et al. | DKT. #127 |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff Irby's Objection to Judge Creatura's Show-Cause Order and Order Consolidating Cases [Dkt. #127]. He argues Judge Creatura's decision was erroneous because he did not have all of the information he needed, given that his page limitation on Irby's motion for a preliminary injunction prevented Irby from developing his arguments against each defendant fully. Judge Creatura advised Irby of his page limit, and after Irby failed to adhere to it, granted him additional time to file a revised version. Judge Creatura also denied Irby's other motions without prejudice, permitting Irby to move again after he filed an amended complaint.

ORDER REJECTING OBJECTIONS - 1

1   Judge Creatura has provided Irby with ~~amply~~ ample opportunities for redress. The Court will
2   not overrule or otherwise alter Judge Creatura's decisions. Irby's Objections [Dkt. #127] are
3   REJECTED, and his request for reconsideration or alternative relief is DENIED.
4   IT IS SO ORDERED.
5   Dated this 26 day of July, 2017.

Ronald B. Leighton
United States District Judge

DKT. #127 - 2