UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JON IRBY,

               Plaintiff,

      v.

STATE OF WASHINGTON, et al.,

               Defendant.

CASE NO. 3:15-cv-05208-RBL-JRC

ORDER GRANTING MOTION TO MODIFY MOTION FOR TEMPORARY RESTRAINING ORDER AND GRANTING MOTION FOR REBUTTAL MOTION

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Before the Court are two of plaintiff's motions. Plaintiff first moves to modify his motion for a preliminary injunction. Dkt. 144. He states that he wishes to withdraw his claims pertaining to his transfer from Clallam Bay Corrections Center and his claimed "transfer relief" back to Clallam Bay. *Id*. The Court grants his motion. It will not consider plaintiff's claims involving his transfer from Clallam Bay Corrections Center and will not consider relief in the form of

returning him to Clallam Bay. Defendants are instructed that they need not respond to plaintiff's claims about being transferred from Clallam Bay in any further pleadings responding to the motion for injunctive relief.

He also moves for permission to file a "rebuttal" to defendant's response to plaintiff's motion for a judgment on the pleadings. Dkt. 154. The Court reads this as a motion to file a reply. Because a moving party may, "within the time prescribed in LCR 7(d), file with the clerk, and serve on each party that has appeared in the action, a reply brief in support of the motion," the Court grants plaintiff's motion. LCR 7(b)(2). Plaintiff may file his reply brief on or before October 6, 2017.

Plaintiff's motions (Dkts. 144, 154) are granted.

Dated this 29th day of August, 2017.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING MOTION TO MODIFY MOTION
FOR TEMPORARY RESTRAINING ORDER AND
GRANTING MOTION FOR REBUTTAL MOTION - 2