HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JON IRBY,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>  Defendant. | CASE NO. C15-5208RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>[DKT. #125] |

THIS MATTER is before the Court on the Report and Recommendation [Dkt. #125] of Magistrate Judge J. Richard Creatura. The Report and Recommendation is ADOPTED.

Plaintiff Irby's Motion to Dismiss his claims against Defendant Dale Robertson, PA-C, [Dkt. #117] is GRANTED, and those claims are DISMISSED. Defendant Robertson is no longer a party in this case.

IT IS SO ORDERED.

Dated this 31st day of August, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1