UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JON IRBY,

          Plaintiff,

   v.

STATE OF WASHINGTON, et al.,

          Defendant.

CASE NO. 3:15-cv-05208-RBL-JRC

REPORT AND RECOMMENDATION

NOTING DATE: NOVEMBER 17, 2017

Before the Court is plaintiff's motion to voluntarily dismiss defendants Abraha, Roberts, Mowder, and Engalworth without prejudice. Dkt. 162. Defendants have not filed any opposition to this motion. The undersigned therefore recommends that the motion be granted and that the above noted defendants be dismissed without prejudice.

**BACKGROUND**

Plaintiff originally filed this action in 2015. Dkt. 1. Pursuant to an order from the Court, plaintiff filed a second amended complaint in September of 2017. Dkt. 165. He subsequently filed a motion to voluntarily dismiss four defendants. Dkt. 162. He later filed a corrected second amended complaint and two motions seeking leave to correct the complaint further. Dkts. 169, 178, 182. In response to these motions, the Court granted plaintiff's motion to amend and

accepted a third amended complaint as the operative complaint in this action. Dkt 189, 190. The third amended complaint omits three of the four defendants plaintiff seeks to voluntarily dismiss. Dkt. 162, 190.

## DISCUSSION

Rule 41 of the Federal Rules of Civil Procedure sets forth the circumstances under which an action may be dismissed. Plaintiff must seek leave of Court to dismiss these defendants because defendants have already filed answers. *See* Dkt. 124, 151.

Here, plaintiff moves for dismissal of defendants Abraha, Roberts, Mowder, and Engalworth. Dkt. 162. No defendants have opposed this motion. Further, plaintiff has omitted defendants Abraha, Mowder, or Engalworth in his third amended complaint. Dkt. 190. Accordingly, the Court recommends that plaintiff's motion to dismiss defendants Abraha, Roberts, Mowder, and Engalworth (Dkt. 162) be granted and that the Court dismiss this action against those defendants without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **November 17, 2017** as noted in the caption.

Dated this 19th day of October, 2017.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2