UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JON IRBY,<br><br>              Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>              Defendants. | CASE NO. 3:15-cv-05208-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiffs motion to voluntary dismiss defendants Abraha, Roberts, Mowder, and Engalworth is GRANTED.

    **DATED** this 17th day of November, 2017.

                                                                   _____
                                                                     Ronald B. Leighton
                                                                     United States District Judge