UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JON IRBY,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

CASE NO. 3:15-CV-05208-RBL-JRC

ORDER GRANTING MOTION TO STRIKE

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Defendant Guidry filed a motion to dismiss (Dkt. 208), which plaintiff responded to (Dkt. 219, 221). However, in his reply, defendant Guidry requests that the Court strike plaintiff's responses to his motion to dismiss because it was not filed in a timely manner. Dkt. 227. The docket indicates that both plaintiff's responses were filed on November 8, 2017, before the

ORDER GRANTING MOTION TO STRIKE - 1

1 | November 13, 2017 deadline. *See* Dkt. The Court will therefore not strike the responses on this
2 | ground.

3 | Defendant also argues that the Court should strike the responses because together they are 44 pages, 20 pages over the limit prescribed in Local Rule 7(e). Plaintiff filed both an "answer to [dkt. 207-208]" (Dkt. 221) and "rebuttal-response" (Dkt. 219) that appears to be an addendum to his "answer." Defendant is correct that plaintiff's responses, taken together, are over-length. *See* Dkts. 219, 221. Because of this, the Court will not consider anything beyond the length mandated by Local Rule 7. Therefore, the Court considers the first 24 pages of plaintiff's "answer" and declines to consider plaintiff's "rebuttal-response." The Court grants defendants' motion to strike (Dkt. 227) in part.

Dated this 12th day of December, 2017.

_____
J. Richard Creatura
United States Magistrate Judge