UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JON IRBY,

Plaintiff,

v.

STATE OF WASHINGTON, et al.,

Defendant.

CASE NO. 3:15-cv-05208-RBL-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motions to dismiss (Dkts. 198, 208) are GRANTED IN PART and DENIED IN PART.

(3) Plaintiff's claims for access to courts and claims under the Americans with Disabilities Act are dismissed with leave to amend.

(4)  All of plaintiff's remaining claims are dismissed without leave to amend.

(5)  All outstanding motions are denied without prejudice.

(6)  Plaintiff may file his second amended complaint on or before February 2, 2018.

**DATED** this 5th day of January, 2018.

Ronald B. Leighton
United States District Judge