HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JON IRBY,

    Plaintiff,

v.

STATE OF WASHINGTON,

    Defendant.

CASE NO. C15-5208 RBL

ORDER

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Creatura [Dkt. #300], recommending that the Court dismiss Irby's complaint for repeated failure to comply with Court Orders.

The Report and Recommendation is **ADOPTED** and this matter is **DISMISSED**.

All other pending motions are **DENIED** as moot.

Irby has not made a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and the Court will not issue a Certificate of Appealability.

IT I S SO ORDERED.

Dated this 8th day of May, 2018.

Ronald B. Leighton
United States District Judge

ORDER - 1